RECEIVED
IN ALEXANDRIA, LA.
JAN 1 3 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT HALL | CIVIL ACTION NO. 13-1252 |
| VERSUS | JUDGE TRIMBLE |
| TIM KEITH, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the court is the report and recommendation of the magistrate judge in the above-captioned pro se prisoner civil rights case.[1] The report and recommendation proposes dismissal of plaintiff's complaint in light of plaintiff's failure to amend such complaint as previously ordered by the court.[2] Plaintiff's objections to the proposed findings were due to be filed no later than November 7, 2013. On January 10, 2014, plaintiff filed a motion for extension of time in which to file objections in this matter.[3] Plaintiff's motion was denied by the magistrate judge today, January 13, 2014, on the basis that it was filed too late. The court agrees and, for that reason, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's complaint in this matter is **DENIED** and **DISMISSED** without prejudice.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 13th day of January, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 6.
[2] R. 5.
[3] R. 8. The court notes that plaintiff's motion does not offer a proposed amendment, but merely requests even more time in which to file the amendment required by the court. Given that plaintiff was ordered to amend in August of 2013, plaintiff's request is unreasonable and, again, filed much too late.